Philippe Zimmerman (PZ 7744)
Jennifer Nigro (JN 3584)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
Tel. 212-554-7800

Attorneys for Defendant
FINANZ ST. HONORE, B.V.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ICE BOX-SCOOPS, INC.,                                        07 Civ. 0544 (NG)(SMG)

                        Plaintiff,

                - against -                                          NOTICE OF MOTION OF
                                                                    DEFENDANT FINANZ ST.
                                                                    HONORE, B.V.'s RULE 12(c)
FINANZ ST. HONORE, B.V., and                          MOTION TO DISMISS
DANA CLASSIC FRAGRANCES, INC.,                     THE COMPLAINT

                        Defendants.

--------------------------------------------------------X

       PLEASE TAKE NOTICE THAT upon the accompanying Affidavit of Isaac Cohen

sworn to on June 27, 2008, and exhibits thereto, Affirmation of Philippe Zimmerman, sworn to

on June 30, 2008, and exhibits thereto, including the Complaint, the Memorandum of Law, and

upon the pleadings and prior proceedings had herein, defendant Finanz St. Honore, B.V., hereby

moves this Court, before the Honorable Nina Gershon, United States District Judge, at the

United States Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an

Order:

        (a)             pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for

                        judgment on the pleadings dismissing the Complaint of plaintiff, Icebox-

688016v1  011121.0101

Scoops, Inc., and for such further relief as this Court deems just and

proper.

Dated:  June 30, 2008
        New York, New York

                              MOSES & SINGER LLP
                              *Attorneys for Defendants Finanz St.*
                              *Honore, B.V.,*


                              By:_____/s/_____
                                  Philippe Zimmerman, Esq. (PZ-7744)
                                  Jennifer Nigro, Esq. (JN-3584)

                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York 10174
                              (212) 554-7800 (telephone)
                              (212) 554-7700 (facsimile)
                              *pzimmerman@mosessinger.com*
                              *jnigro@mosessinger.com*


TO:

Howard I. Rhine, Esq.
David Sack, Esq.
Feder, Kaszovitz, Isaacson, Weber
Skala, Bass & Rhine LLP

750 Lexington Avenue
New York, NY 10022-1200
Tel. 212 888-8200
Fax: 212 317-7776
*hrhine@fkiwsb.com*
*dsack@fkiwsb.com*

*Attorneys for Plaintiff*

And

Lawrence B. Goldberg, Esq.
220 Fifth Avenue
13th Floor
New York, NY 10001
Tel. 212-252-8300
Fax: 212-252-8866
*LBGOLDBERGESQ@Mindspring.com*

*Attorney for Defendant Dana Classic Fragrances, Inc.*