Int. Cl.: 3
Prior U.S. Cl.: 52

Reg. No. 669,730

**United States Patent and Trademark Office**  Registered Nov. 11, 1958

10 Year Renewal  Renewal Term Begins Nov. 11, 1998

## TRADEMARK
## PRINCIPAL REGISTER

### TINKERBELL

MEM COMPANY, INC. (NEW YORK CORPORATION)
P.O. BOX 928
NORTHVALE, NJ 07674, BY MERGER WITH TOM FIELDS, LTD. (NEW YORK CORPORATION) ENGLEWOOD, NJ

FIRST USE 6-0-1952; IN COMMERCE 6-0-1952.

SER. NO. 72-050,469, FILED 4-28-1958.

FOR: SOAP, IN CLASS 52 (INT. CL. 3).

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 16, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**669,730**
Registered Nov. 11, 1958

## PRINCIPAL REGISTER
### Trademark

Ser. No. 50,469, filed Apr. 28, 1958

## TINKERBELL

Tom Fields, Ltd. (New York corporation)
166 Coolidge Ave.
Englewood, N. J.

For: SOAP, in CLASS 52.
First use in June 1952; in commerce in June 1952.

COMB. AFF. SEC 8 & 15

DEC 9 1963

Int. Cl.: 3

Prior U.S. Cl.: 51

Reg. No. 671,944

**United States Patent and Trademark Office**    Registered Dec. 30, 1958

10 Year Renewal    Renewal Term Begins Dec. 30, 1998

---

## TRADEMARK
## PRINCIPAL REGISTER

### TINKERBELL

MEM COMPANY, INC. (NEW YORK CORPORATION)
P.O. BOX 928
NORTHVALE, NJ 07647, BY MERGER WITH TOM FIELDS, LTD. (NEW YORK CORPORATION) ENGLEWOOD, NJ

OWNER OF U.S. REG. NO. 596,885.

FOR: LIP POMADE, LIPSTICK, NAIL POLISH, NAIL POLISH REMOVER, SACHET, FACE POWDER, AND CLEANSING CREAM, IN CLASS 51 (INT. CL. 3).

FIRST USE 7-19-1956; IN COMMERCE 7-19-1956.

SER. NO. 72-033,142, FILED 7-3-1957.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 10, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**671,944**
Registered Dec. 30, 1958

---

## PRINCIPAL REGISTER
### Trademark

Ser. No. 33,142, filed July 3, 1957

## TINKERBELL

Tom Fields, Ltd. (New York corporation)
166 Coolidge Ave.
Englewood, N. J.

For: LIP POMADE, LIPSTICK, NAIL POLISH, NAIL POLISH REMOVER, SACHET, FACE POWDER, AND CLEANSING CREAM, in CLASS 51.
First use July 19, 1956, on cleansing cream; in commerce July 19, 1956.
Owner of Reg. No. 596,885.

COMB. AFF. SEC. 8 & 15
FEB 21 1964

Int. Cl.: 3

Prior U.S. Cls.: 22 and 51

**United States Patent and Trademark Office**

Reg. No. 1,235,582
Registered Apr. 26, 1983

## TRADEMARK
Principal Register

### TINKERBELL

Tom Fields, Ltd. (New York corporation)
Northvale, N.J. 07647

For: CHILDREN'S COSMETICS—NAMELY, COLOGNE, BATH OIL, BODY LOTION, BODY POWDER, BUBBLE BATH, SKIN CREAM AND SACHETS, SOLD IN CONJUNCTION WITH DOLLS, in CLASS 3 (U.S. Cls. 22 and 51).
  First use Jan. 1, 1976; in commerce Jan. 1, 1976.
  Owner of U.S. Reg. Nos. 596,885, 1,192,785 and others.

  Ser. No. 344,733, filed Jan. 7, 1982.

HENRY S. ZAK, Examining Attorney

Int. Cl.: 3

Prior U.S. Cls.: 51 and 52

**United States Patent and Trademark Office**

Reg. No. 1,262,149
Registered Dec. 27, 1983

**TRADEMARK**
Principal Register

**TINKERBELL**

Tom Fields, Ltd. (New Jersey corporation)
122 Union St.
Northvale, N.J. 07647

For: COLOGNE, BUBBLE BATH, HAND LOTION, BATH OIL, HAND AND BODY SOAP, LIP POMADE, LIPSTICK, NAIL POLISH, NAIL POLISH REMOVER, DUSTING POWDER, CREAM LOTION, BODY TALC, LIQUID SOAP, AND HAIR SHAMPOO, in CLASS 3 (U.S. Cls. 51 and 52).

First use Feb. 7, 1982; in commerce Mar. 24, 1982.

Owner of U.S. Reg. Nos. 596,885, 669,730 and 671,944.

Ser. No. 373,958, filed Jul. 12, 1982.

J. G. RICCIUTI, Examining Attorney